IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW SIMMS, | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : NO. 20-CV-1410 |
| | : |
| TAMMY FERGUSON, et. al., | : |
| | : |
| Defendants | : |

**O R D E R**

AND NOW, this  28th  day of July, 2020, upon consideration of Defendants' Motion for Summary Judgment and/or Partial Summary Judgment (Doc. No. 27), it is hereby ORDERED that the Motion is GRANTED IN PART, Judgment is entered in favor of all of the Defendants on Plaintiff's claims against them in their official capacities and in favor of Defendants Bradley, Golden, Ferguson and Yodis as a matter of law.

It is FURTHER ORDERED that the Motion is DENIED with respect to Defendants Mejias, Kayden, Lahr and Webster for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,    J.